

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

December 13, 1962

Honorable J. M. Falkner
Banking Commissioner
Department of Banking
Austin 14, Texas

Opinion No. WW-1496

Re: Applicability of Article
1524a, V. C. S., to cer-
tain non-profit corpora-
tions.

Dear Mr. Falkner:

You have asked our opinion whether or not Article 1524a, Vernon's Civil Statutes, is applicable to non-profit corporations organized for one or more of the purposes formerly authorized under subdivisions 48, 49 or 50 of Article 1302, Vernon's Civil Statutes, or Article 1303b, Vernon's Civil Statutes.

Section 1 of Article 1524a, Vernon's Civil Statutes, reads in part as follows:

> "Sec. 1. This Act shall embrace corporations
> heretofore created and hereafter created having
> for their purpose or purposes any or all of the
> powers now authorized in Subdivisions 48, 49 or
> 50 of Article 1302, Revised Civil Statutes of Texas,
> 1925, and heretofore or hereafter created having
> in whole or in part any purpose or purposes now
> authorized in Chapter 275, Senate Bill Number
> 232 of the General and Special Laws of the Reg-
> ular Session of the 40th Legislature. . . [Article
> 1303b]"

We are of the opinion that it would have been difficult for the Legislature to have expressed itself more clearly than by the use of the language quoted above, which does not purport to distinguish between "non-profit" and "for-profit" corporations. In view of this language, we feel the following quotation adequately supports our affirmative answer to your question:

"Primarily the intention and meaning of the Legislature must be ascertained from the language of the statute read as a whole, that is, from the entire context of the law. If the statutory language clearly and distinctly reveals the legislative intent, there is no occasion to look elsewhere." 39 Tex. Jur. 176, Statutes, Sec. 93.

## SUMMARY

Article 1524a, Vernon's Civil Statutes is applicable to non-profit corporations organized for one or more of the purposes formerly authorized under Subdivisions 48, 49 or 50 of Article 1302, Vernon's Civil Statutes or Article 1303b, Vernon's Civil Statutes.

Very truly yours,

WILL WILSON
Attorney General of Texas

By DUDLEY D. MC CALLA
Assistant Attorney General

DDM:ms

APPROVED:

OPINION COMMITTEE:

W. V. Geppert, Chairman

Iola Wilcox
John Reeves
Robert Rowland
Bob Shannon

REVIEWED FOR THE ATTORNEY GENERAL
BY:
Leonard Passmore